## HERMAN DIAZ *v.* COMMISSIONER OF CORRECTION
## (AC 32356)

Bishop, Robinson and Bear, Js.

Submitted on briefs March 11—officially released April 26, 2011

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* ANDREA MCDADE
## (AC 32138)

DiPentima, C. J., and Lavine and Peters, Js.

Argued April 11—officially released April 26, 2011

Per Curiam. The judgment is affirmed.

## FRANK LOPA *v.* MICHAEL GARASSINO ET AL.
## (AC 31599)

Bishop, Robinson and Bear, Js.

Submitted on briefs March 11—officially released April 26, 2011

Per Curiam. The judgment is affirmed.